7-5-2015

83,174-01

JESSE L. GRANT
TDCJ-ID #624682
NEAL Unit
9055 SPUR 591
AMARILLO, TX. 79107

Court of Criminal Appeals
of TEXAS
P.O. BOX 12308, Capitol Station
Austin, TX, 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 10 2015
Abel Acosta, Clerk

Court of Criminal Appeals:

I received a card from you in response to my 11.07 Writ of Habeas Corpus. TR. Ct. No. 28631 A / WR-83, 174-01 was denied by your court. I did not receive a reason for the denial.

I asked for ALL my "county arrest records" to be returned to me as soon as the courts were finished using them. I sent notice of informa pauperis of my indigent status and not having availability of a copying service, etcetera, since I am in a prison unit.

Please send my records back to me so that I can further pursue my appeal process at the next level. I would like a response as to why your court denied my Habeas Corpus if this is not asking too much. I am not a lawyer. Thank you for your time in this matter.

Sincerely, Jesse Grant